**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JOHN L. DALE,
    Plaintiff,

vs.                              Case No.:  3:03cv491/MCR/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 6, 2005.  Both parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Plaintiff's Motion For Attorney Fees (Doc. 23) is granted as follows:

Plaintiff's counsel, Byron A. Lassiter, Esquire, is entitled to recover fees in the amount of $2,200.00 for representing Plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); the amount of attorney fees requested under the EAJA is reasonable; and the Commissioner is directed to pay counsel that amount.

**DONE AND ORDERED** this 4th day of August, 2005.

                                         *s/ M. Casey Rodgers*
                                         **M. CASEY RODGERS
                                         UNITED STATES DISTRICT JUDGE**