IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN L. DALE,
    Plaintiff,

vs.                                        Case No.:  3:03cv491/MCR/EMT

JO ANNE B. BARNHART,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 21, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Petitioner's motion to award attorney's fees pursuant to 42 U.S.C. § 406(b) (Doc. 28) is **GRANTED in part**.  Petitioner's motion is granted to the extent that Petitioner is awarded attorney's fees in the amount of $1,434.50.  The motion is **DENIED** to the extent Petitioner seeks authorization to retain the previously awarded EAJA fee in the amount of $2,200.00.

   3.  Upon receipt of attorney's fees in the amount of $1,434.50 pursuant to 42 U.S.C. § 406(b), Petitioner shall immediately refund to Plaintiff the previously awarded EAJA sum of $2,200.00.

   **DONE AND ORDERED** this 22nd day of August 2006.

               *s/ M. Casey Rodgers*
               **M. CASEY RODGERS**
               **UNITED STATES DISTRICT JUDGE**